UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20668-CR MIDDLEBROOKS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

JAMES SIPPRELL,
    Defendant(s)
_____/

## ORDER REQUIRING STATUS REPORT AS TO DEFENDANT JAMES SIPPRELL

**THIS CAUSE** comes before the Court *sua sponte*.  Due to the Defendant's medical condition, on August 8, 2019 his trial was continued and severed from that of his co-defendants. In order to determine a new trial date, counsel for Defendant Sipprell shall file a Status Report on or before January 10, 2020 advising the Court of the status of Defendant's medical condition.

**DONE AND ORDERED** at Miami, Florida, this 3rd day of December, 2019.

Donald M. Middlebrooks
United States District Judge

cc: Counsel of Record